United States District Court
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7
8
9   TERRANCE MOODY,
10            Plaintiff,                              No. C 13-5098 PJH
11      v.                                            **ORDER RE CHAMBERS COPIES**
                                                      **SUBMITTED BY PLAINTIFF**
12   METAL SUPERMARKET FRANCHISING
     AMERICA, INC.,
13
              Defendant.
14   _____/
15
16       PLEASE TAKE NOTICE that the chambers copies of the declaration of Terrance A.
17   Moody and exhibits (Dkt. 20-1 through 20-7) and the declaration of Karl J.F. Runft and
18   exhibits (Dkt. 20-8 through 20-13) were submitted in a format that is not usable by the
     court.
19
         The chambers copies are not usable because they
20
         ☐      consists of a stack of loose paper wrapped with a rubber band;
21
         ☒      consist of stacks of loose paper fastened with a binder clip or a paper clip;
22
         ☐      is too thick to permit secure fastening with a staple, and is fastened with a
23
                brad-type fastener that is too short for the thickness of the document;
24
         ☒      have no tabs for the exhibits;
25
         ☐      includes exhibits that are illegible;
26
         ☐      includes exhibits that are unreadable because the print is too small;
27
         ☐      includes text and/or footnotes in a font smaller than 12 point;
28
         ☐      includes portions or exhibits that are redacted because the submitting party

    has requested leave to file those portions under seal; or

☐  is not usable for another reason –

The paper used for the above-described chambers copies has been recycled by the court. No later than **12:00pm** on **December 23, 2013**, plaintiff's counsel shall submit chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge