UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRANCE MOODY,

    Plaintiff,

    v.

METAL SUPERMARKET FRANCHISING AMERICA, INC.,

    Defendant.

_____/

No. C 13-5098 PJH

**ORDER RE CHAMBERS COPIES SUBMITTED BY PLAINTIFF**

PLEASE TAKE NOTICE that the chambers copies of the declaration of Terrance A. Moody and exhibits (Dkt. 20-1 through 20-7) and the declaration of Karl J.F. Runft and exhibits (Dkt. 20-8 through 20-13) were submitted in a format that is not usable by the court.

The chambers copies are not usable because they

- ☐ consists of a stack of loose paper wrapped with a rubber band;
- ☒ consist of stacks of loose paper fastened with a binder clip or a paper clip;
- ☐ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ have no tabs for the exhibits;
- ☐ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☐ includes text and/or footnotes in a font smaller than 12 point;
- ☐ includes portions or exhibits that are redacted because the submitting party

☐    has requested leave to file those portions under seal; or

☐    is not usable for another reason –

The paper used for the above-described chambers copies has been recycled by the court.  No later than **12:00pm** on **December 23, 2013**, plaintiff's counsel shall submit chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge