**United States District Court**
For the Northern District of California

1

2

3

4

5                 UNITED STATES DISTRICT COURT

6                 NORTHERN DISTRICT OF CALIFORNIA

7

8

9  TERRANCE MOODY,

10              Plaintiff,                        No. C 13-5098 PJH

11       v.                                       **ORDER RE CHAMBERS COPIES**
                                                  **SUBMITTED BY DEFENDANT**
12  METAL SUPERMARKET FRANCHISING
    AMERICA, INC.,
13
                Defendant.
14  _____/

15

16          PLEASE TAKE NOTICE that the chambers copies of the declaration of Andrew

17  Arminen and exhibits (Dkt. 24) and the declaration of Jason J. Stover and exhibits (Dkt. 25)

    were submitted in a format that is not usable by the court.
18
            The chambers copies are not usable because they
19
        ☐      consists of a stack of loose paper wrapped with a rubber band;
20
        ☒      consist of stacks of loose paper fastened with a binder clip or a paper clip;
21
        ☐      is too thick to permit secure fastening with a staple, and is fastened with a
22
               brad-type fastener that is too short for the thickness of the document;
23
        ☐      have no tabs for the exhibits;
24
        ☐      includes exhibits that are illegible;
25
        ☐      includes exhibits that are unreadable because the print is too small;
26
        ☐      includes text and/or footnotes in a font smaller than 12 point;
27
        ☐      includes portions or exhibits that are redacted because the submitting party
28
               has requested leave to file those portions under seal; or

☐     is not usable for another reason –

The paper used for the above-described chambers copies has been recycled by the court. No later than **12:00pm** on **December 23, 2013**, defendant's counsel shall submit chambers copies in a format that is usable by the court.

**IT IS SO ORDERED.**

Dated: December 20, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge