**United States District Court**
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6
7    TERRANCE  MOODY,
8              Plaintiff(s),                    No. C 13-5098 PJH
9         v.                                    **ORDER**
10   METAL SUPERMARKET FRANCHISING
     AMERICA INC.,
11
12             Defendant(s).
     _____/
13
14        Before the court is the request of defendant's lead counsel, Jason Stover, that
15   plaintiff's application for preliminary injunction be resolved on the papers or, in the
16   alternative, that he be permitted to attend the January 8, 2014, hearing by telephone.
17   There is nothing on the docket which reflects whether plaintiff, the moving party, agrees or
18   objects to this request.  The court has reviewed the papers and has determined that oral
19   argument might be helpful, and accordingly orders the appearance of counsel for both
20   parties.  However, defendant may choose to be represented by local counsel rather than
21   bear the expense of lead counsel's travel from Minnesota.  The courtroom is not equipped
22   for telephonic hearings, so a personal appearance is required.

23        **IT IS SO ORDERED.**

     Dated: January 3, 2014
24                                              _____
25                                              PHYLLIS J. HAMILTON
                                                United States District Judge
26
27
28