1 | Law Offices of
2 | Randall M. Widmann
Randall M. Widmann, St. #73154
2479 E. Bayshore Rd., Suite 703
3 | Palo Alto, California 94303
(650) 424-8400
4 |

5 | Karl J.F. Runft, No. 262163
NOPAR & ASSOCIATES
6 | 2479 East Bayshore Road
Suite 703
7 | Palo Alto, California 94303
Telephone: (650) 328-7300
8 | Attorneys for Plaintiff Terrance Moody

UNITED STATES DISTRICT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

TERRANCE MOODY, dba Metal Service, Center, Inc., ) Case No. 4:13-cv-05098-PJH
)
) STIPULATION AND
Plaintiff, ) [PROPOSED] ORDER
) OF DISMISSAL
v. )
)
METAL SUPERMARKETS FRANCHISING )
AMERICA, INC., DOE ONE through ONE )
HUNDRED, inclusive, )
)
Defendants. )
)

The parties to this action have reached a global settlement of this entire action in the form of a Settlement Agreement and Release, with all parties bearing their own attorneys' fee and costs.

The parties agree and stipulate that part of the consideration for the Settlement

STIPULATION AND ORDER                                                                                                   1

1 | Agreement is the dismissal of this entire action with prejudice.
2 | So stipulated.
3 | Date:_____

                                                    Randall M. Widmann
                                                    Attorney for Plaintiff

5 | Dated: October 16, 2014

                                                      Jason Stover
                                                    Attorney for Defendant

## [PROPOSED] ORDER

This entire action is dismissed with prejudice.

Dated:_____

                                                    Hon. Phyllis Hamilton
                                                    Judge, U.S. District Court

STIPULATION AND ORDER                                                                                    2

1 | Agreement is the dismissal of this entire action with prejudice.
2 | So stipulated.
3 | Date: 10/23/14
4 | _____
    Randall M. Widmann
    Attorney for Plaintiff
5 |
6 | Dated:_____
    _____
    Jason Stover
    Attorney for Defendant
7 |
8 | [PROPOSED] ORDER
9 | This entire action is dismissed with prejudice.
10 | Dated: October 27, 2014
     _____
     Hon. Phyllis Hamilton
     Judge, U.S. District Court

STIPULATION AND ORDER                                             2